# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.P. PARNELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHEN, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0749 JAM AC P<br><br><br>ORDER |

Plaintiff has filed a motion for extended time to file an First Amended Complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extended time, ECF No. 13, is granted; and

2. Plaintiff is granted up to and including January 11, 2019 in which to file his First Amended Complaint.

DATED: December 5, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE